# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# Case #: 5:23-cv-00135

| | |
|---|---|
| **JAMES COLEMAN**, on behalf of himself and all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>**MEDWATCHERS INC.**,<br><br>   *Defendant*. | **NOTICE OF SETTLEMENT** |

  Plaintiff, James Coleman, hereby notifies the Court that the parties have settled the above-styled action. The parties respectfully request that the Court stay this case for thirty (30) days to allow them to finalize that settlement.

  Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal.

                Respectfully submitted,

Dated: June 27, 2023          *s/ Max S. Morgan*
                   Max S. Morgan, Esquire
                   Eric H. Weitz, Esquire
                   **THE WEITZ FIRM, LLC**
                   1515 Market Street, #1100
                   Philadelphia, PA 19102
                   Tel: (267) 587-6240
                   Fax: (215) 689-0875
                   max.morgan@theweitzfirm.com
                   eric.weitz@theweitzfirm.com
                   *LR 83.1(e) Special Appearance Counsel*

                   *s/ Craig Shapiro*
                   Craig Shapiro (State Bar # 48887)
                   Shapiro Law Office, PLLC
                   644 Holly Springs Road, Suite 195
                   Holly Springs, North Carolina 27540
                   (919) 480-8885
                   craig@shapirolawofficepllc.com
                   *LR 83.1(d) Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2023, I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                            By:    /s Max S. Morgan
                                                                  Max S. Morgan